FRANK GRIMES, Respondent, *v.* SHELL UNION OIL CORPORATION, Appellant.

Argued January 20, 1942; decided March 5, 1942.

*J. Stanley Carter* for appellant.

*Frank L. Wiswall* and *Carl O. Olson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.